# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RUDOLPH GEORGE STANKO, Defendant. | CR 11-103-BLG-RFC ORDER |

Based on motion of the United States and good cause appearing,

THIS CAUSE having come to be heard before the Court upon the motion of Assistant U.S. Attorney Jessica T. Fehr, District of Montana, for an order directing Federal Correctional Institution Terre Haute, Indiana, to produce any and all recorded telephone conversations from

1

telephone number 312-259-7239 on November 21 and 23, 2011, and January 12, 2012.

IT IS HEREBY ORDERED, pursuant to Title 28, United States Code, Section 1651, that Federal Correctional Institution Terre Haute, Indiana, is to produce said recordings by the physical delivery of the same to United States Probation Officer Eric Buehler, at 2525 4th Ave. N., Suite 100, Billings, Montana, 59101, no later than **February 17, 2012**.

The Clerk of Court is directed to forthwith notify the parties of the making of this order and the United States Attorney's Office is directed to notify the United States Bureau of Prisons of this order.

DATED this \_\_\_6th\_\_\_ day of February, 2012.

RICHARD F. CEBULL
United States District Court Judge